IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, as successor in interest to ROYAL INSURANCE COMPANY OF AMERICA, a Delaware Corporation,<br><br>          Plaintiff,<br><br>    v.<br><br>RUPERT M. COLMORE, III, a/k/a RUPERT M. COLMORE, a/k/a RUPERT COLMORE; EUNICE R. COLMORE; COLMORE MANAGEMENT COMPANY, LLC; COLMORE PROPERTIES, LP, a/k/a COLMORE PROPERTY LIMITED PARTNERSHIP; JACQUELINE RENEE FORGEY, individually and as personal representative of Douglas Forgey and as natural guardian for Amanda N. Forgey and Aryn P. Forgey, and MONTANA UNINSURED EMPLOYER'S FUND,<br><br>          Defendants,<br><br>RUPERT M. COLMORE, III, a/k/a RUPERT M. COLMORE, a/k/a RUPERT COLMORE, EUNICE R. COLMORE; COLMORE MANAGEMENT COMPANY, LLC; and COLMORE PROPERTIES, LP, a/k/a COLMORE PROPERTY LIMITED PARTNERSHIP,<br><br>          Third-Party Plaintiffs,<br><br>    v.<br><br>CRICHTON, PERRY, BRANDON, JACKSON & WARD, INC., a/k/a THE CRICHTON-PERRY-BRANDON COMPANY, INC., a Tennessee Corporation,<br><br>          Third-Party Defendants. | Cause No. CV 05-122-BLG-RWA<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |

On July 14, 2006, United States Magistrate Judge Richard W. Anderson entered his Findings and Recommendation. Magistrate Judge Anderson recommends that State Farm's motion to dismiss be granted and that the fourth cause of action in Royal's third-party complaint be dismissed.

Upon service of a magistrate judge's findings and recommendation, a party has 10 days to file written objections. 28 U.S.C. § 636(b)(1). In this matter, no party filed objections to the July 14, 2006 Findings and Recommendation. Failure to object to a magistrate judge's findings and recommendation waives all objections to the findings of fact. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1999). However, failure to object does not relieve this Court of its burden to review de novo the magistrate judge's conclusions of law. *Barilla v. Ervin*, 886 F.2d 1514, 1518 (9th Cir. 1989).

After an extensive review of the record and applicable law, this Court finds Magistrate Judge Anderson's Findings and Recommendation are well grounded in law and fact and adopts them in their entirety.

Accordingly, **IT IS HEREBY ORDERED** that State Farm's motion to dismiss [*doc. #21*] is GRANTED and the fourth cause of action in Royal's third-party complaint is dismissed.

The Clerk of Court shall notify the parties of the making of this Order.

DATED the 17th day of August, 2006.

        __/s/ Richard F. Cebull_____
        RICHARD F. CEBULL
        UNITED STATES DISTRICT JUDGE

cc.
Johnathan Decker
Laurence McHaffey
William Mattix
Martha Sheehy
Robert Carlson
Bradley Luck